United States District Court
District of Massachusetts

```
_____
                               )
TXCOLLECT/THRIFT I, LLP,       )
                               )
        Plaintiff,             )
                               )   Civil Action No.
        v.                     )   05-11066-NMG
                               )
MANGALAM SHARMA,               )
                               )
        Defendant.             )
_____)
```

**MEMORANDUM & ORDER**

**GORTON, J.**

    On October 4, 2004, plaintiff filed a complaint, asserting only state law causes of action, based upon a credit card debt allegedly due from defendant in the amount of $20,941.29. On January 9, 2005, defendant filed an answer and counterclaim. One of her counterclaims was for an alleged violation of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1581 et seq, by the plaintiff. More than four months later, on May 23, 2005, defendant filed a notice of removal. Plaintiff has moved to remand to the state district court and defendant opposes that motion.

    A defendant seeking to remove an action to federal court must file a notice of removal within 30 days after her receipt of the pleading upon which she bases her claim to remove. 28 U.S.C.

§ 1446(b). The time requirements are immutable. Defendant's notice of removal was untimely, having been filed well past the 30-day period proscribed by statute, and defendant may not now remove the matter to federal court.

### ORDER

In accordance with the foregoing, Plaintiff's Motion to Remand Case to the Stoughton District Court (Docket No. 4) is **ALLOWED** and this case is **REMANDED** to the Stoughton Division, Norfolk County, of the District Court Department of the Trial Court of Massachusetts.

**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: August 12, 2005