UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TX Collect/Thrift I, L.P.,**

      **Plaintiff**                                               CA05-11066-NMG

      **v.**

**Mangalam Sharma,**

      **Defendant**

**ORDER OF REMAND**
August 15, 2005

In accordance with the allowance of Plaintiff's Motion to Remand Case to the Stoughton District, this case is REMANDED to the Stoughton Division, Norfolk County, of the District Court Department of the Trial Court of Massachusetts. So ordered.

                                          **/s/ Nathaniel M. Gorton**

                                          **Nathaniel M. Gorton**
                                          **United States District Judge**