November 14, 2005

Mangalam Sharma, Pro Se
18 Berkshire Ave
Sharon, Ma 02067 (Tel: 781.784.3089)


United States District Court
Clerk, Civil Division
1 Courthouse Way
Boston, MA 02110


Dear Clerk:


Ref: Case No. 05-11066-NMG (US District Court) and **0455CV536** (Stoughton District Court)
 TX Collect/Thrift I, LP v. Mangalam Sharma

Please note that the above case has been **settled out of court** pursuant to an agreement and exchange of consideration between the litigants.

Thank You

Sincerely

Mangalam Sharma, Pro Se


Copy: Gold and Vanaria, P.C. (Counsel for Plaintiff) Att: David Farkas, Esq., 1350 Main Street,  Suite 1400, Springfield, MA 01103

Stoughton District Court, Civil Clerk, 1288 Central Street, Stoughton, Ma 02072